AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> KEYSTONE REMODELING, INC. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-64-JR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ISRAEL BASAN CONSULTING, INC.
D/B/A NEARME ROOFING
16915 NE 22ND PL
BELLEVUE, WA, 98008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANDREW ROMAN PERRONG
A@PERRONGLAW.COM
PERRONG LAW LLC
2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
215-225-5529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 06/17/2025

By: s/Aiden Morrissey, Deputy Clerk