AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-64-JR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ISRAEL BASAN CONSULTING, INC.
was received by me on *(date)* 06/23/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Agent Refused  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/28/2025

/s/ Andrew Roman Perrong
*Server's signature*

Andrew Roman Perrong, Attorney
*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038
*Server's address*

Additional information regarding attempted service, etc:

Defendant's registered agent Or Basan threatened the process server in this action. Alternative service was attempted as of right per RCW 23.95.450(2) via a commercial delivery service, and signature was refused.

Last Updated: 06/28/2025 9:30 P.M. EST

**You've Got the Details**

You're seeing what customer service agents would share with you. If you need more support, use the Virtual Assistant . To change your delivery, use UPS My Choice or contact your shipper.

Times shown are in Local Time     Change

| | |
|---|---|
| 06/26/2025 9:32 P.M. | **Returning to Sender** <br> The package was refused by the receiver and will be returned to the sender. <br> 1Z12W3V61297930338 |
| 06/26/2025 7:26 P.M. | The receiver does not want the product and refused the delivery. <br> Redmond, WA, United States |
| 06/26/2025 9:36 A.M. | Out For Delivery Today <br> Redmond, WA, United States |
| 06/26/2025 9:03 A.M. | Loaded on Delivery Vehicle <br> Redmond, WA, United States |
| 06/26/2025 7:35 A.M. | Processing at UPS Facility <br> Redmond, WA, United States |
| 06/26/2025 2:37 A.M. | Arrived at Facility <br> Redmond, WA, United States |
| 06/25/2025 10:52 P.M. | Departed from Facility <br> Portland, OR, United States |
| 06/25/2025 12:17 P.M. | Arrived at Facility <br> Louisville, KY, United States |
| 06/25/2025 10:39 A.M. | Departed from Facility <br> Philadelphia, PA, United States |
| 06/25/2025 12:20 A.M. | Arrived at Facility <br> Philadelphia, PA, United States |
| 06/24/2025 11:22 P.M. | Departed from Facility <br> Horsham, PA, United States |

| | | |
|---|---|---|
| 06/24/2025 | **We Have Your Package** | |
| 7:42 P.M. | Arrived at Facility | |
| | Horsham, PA, United States | |
| | | |
| 06/24/2025 | **Dropped off at UPS Store by Customer** | |
| 2:37 P.M. | Drop-Off | |
| | Horsham, PA, United States | |
| | | |
| 06/23/2025 | Shipper created a label, UPS has not received the package yet. | |
| 9:41 P.M. | United States | |