

**WASHINGTON
Secretary of State**
Corporations & Charities Division

Corporations & Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

July 7, 2025

PERRONG LAW
ATTN: ANDREW ROMAN PERRONG
2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038

To Whom It May Concern:

The undersigned hereby states that they are a duly appointed and acting clerk in the Office of the Secretary of State responsible for the receipt and processing of the service of process document sunder the Washington State statute RCW 23B.18.040 and/or RCW 23.95.450 and is qualified to make the following statements.

Service is considered perfected on the defendant(s) listed below on the date of: July 3, 2025

On this date the legal documents outlined below, in the action relating to the plaintiff(s) and defendant(s) listed below, were received by the Office of the Secretary of State. The legal documents under the Cause Number listed below, if applicable, were placed on file, under file number: 34589

**Cause Number:** 3:25-CV-00064-JR

**Legal Documents received:**
AFFIDAVIT OF NONSERVICE
SUMMONS IN A CIVIL ACTION
FIRST AMENDED CLASS ACTION COMPLAINT TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL

**Plaintiff(s):**
JESSICA MURCH

**Defendant(s):**
ISRAEL BASAN CONSULTING, INC.

Duly appointed and acting clerk by the Office of the Secretary of State: *Mattie Haynes*

Rev 1/2023