Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **JESSICA MURCH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**and**<br><br>**ISRAEL BASAN CONSULTING, INC. D/B/A NEARME ROOFING**<br><br>*Defendants.* | Case No. 3:25-cv-00064-JR<br>NOTICE OF DISMISSAL |

**NOTICE OF DISMSISSAL WITH PREJUDICE**

Plaintiff Jessica Murch, by her undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this September 3, 2025.

>   */s/ Andrew Roman Perrong*
>   Andrew Roman Perrong, Esq.
>   Perrong Law LLC
>   2657 Mount Carmel Avenue
>   Glenside, Pennsylvania 19038
>   Phone: 215-225-5529 (CALL-LAW)
>   Facsimile: 888-329-0305
>   a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 3, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.